Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
AYESHA MAYAGOITIA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| AYESHA MAYAGOITIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and THE BANK OF MISSOURI,<br><br>　　　　Defendants. | **Case No.:** 5:23-cv-00098-SSS-SHK |

**NOTICE OF SETTLEMENT AS TO**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, AYESHA MAYAGOITIA, ("Plaintiff"), through her attorneys, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EXPERIAN INFORMATION

1

SOLUTIONS, INC., with prejudice, within 60 days.

DATED: February 17, 2023

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
AYESHA MAYAGOITIA