Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
AYESHA MAYAGOITIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| AYESHA MAYAGOITIA, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and THE BANK OF MISSOURI, <br><br> Defendants. | **Case No.:** 5:23-cv-00098-SSS-SHK |

### NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, AYESHA MAYAGOITIA, ("Plaintiff"), through her attorneys, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC, only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EQUIFAX INFORMATION SERVICES,

1

LLC, with prejudice, within 60 days.

DATED: March 14, 2023

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
AYESHA MAYAGOITIA

## CERTIFICATE OF SERVICE

I certify that on March 14, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss