Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
AYESHA MAYAGOITIA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| AYESHA MAYAGOITIA, | )<br>) |
| Plaintiff, | ) **Case No.:** 5:23-cv-00098-SSS-SHK |
| v. | )<br>) |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and THE BANK OF MISSOURI, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF SETTLEMENT AS TO**
**THE BANK OF MISSOURI**

Plaintiff, AYESHA MAYAGOITIA, ("Plaintiff"), through her attorneys, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, THE BANK OF MISSOURI, only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, THE BANK OF MISSOURI, with prejudice, within 60 days.

1

DATED:  March 15, 2023

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
AYESHA MAYAGOITIA

## CERTIFICATE OF SERVICE

I certify that on March 15, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss